UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAUL WERSANT,
           Plaintiff,

vs.

TREEHOUSE ACADEMY, INC. et al.,
           Defendant(s).

CIVIL ACTION FILE

NO. 1:23-cv-02942-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey the Court's lawful Order entered on 11/21/2024.

Dated at Atlanta, Georgia, this 6th day of December, 2024.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                            By: s/A. White
                                                , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 9, 2024
Kevin P. Weimer
Clerk of Court

By: s/A. White
     Deputy Clerk